United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEODORA M MEMBRENO-VIGIL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05915 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner, Teodora M. Membreno-Vigil, is a detainee in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. In December 2025, she filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 to challenge her detention. *See Membreno-Vigil v Tate*, Civ. A. No. 4:25-cv-5916 (S.D. Tex. Jun. 1, 2026). Based on information that the petitioner had been transferred to the Western District of Texas, the Court initially transferred this case in late February 2026, but vacated the transfer order on March 2, 2026, shortly after confirming that the petitioner had been moved back to the Montgomery Processing Center. *See* Civ. A. No. 4:25-cv-5916 at Doc. Nos. 18 & 19. The case was transferred to the Western District of Texas, where it was transferred back to the Southern District of Texas by order entered March 2, 2026, the same day this Court vacated its transfer order. *See* Text Order dated March 2, 2026.

1 / 2

Meanwhile, this Court dismissed petitioner's habeas claims in an order that was entered on June 1, 2026, with a final judgment entered that same day. Civ. A. No. 4:25-cv-5916 at Doc. Nos. 21 & 22.

On July 24, 2026, nearly five months after this Court vacated the transfer order and the Western District directed that this case be sent back to this Court, the instant case was opened. The Court concludes that this new case was improvidently filed as a new case and should have been filed in March 2026 in Civil Action Number 4:25-cv-5916. The instant case is duplicative of the original case that was dismissed and closed in early June.

Accordingly, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice as duplicative of Civil Action 4:25-cv-5916.

2. All pending motions, if any, are **DENIED as MOOT** in this closed case.

3. This case and Civil Action Number 4:25-cv-5916 are **CLOSED**.

SIGNED this _____29th_____ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2